THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Teasha Levie Dixon,       
Appellant.
 
 
 

Appeal From Marion County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-093
Submitted November 20, 2002  Filed 
 February 4, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence; for Respondent.
 
 
 

PER CURIAM:  Teasha Levie Dixon appeals 
 her convictions and sentence for distribution of crack cocaine and distribution 
 of crack cocaine within proximity of a school.  Counsel for Dixon attached to 
 the final brief a petition to be relieved as counsel.  Dixon did not file a 
 separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Dixons appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
CONNOR, STILWELL, and HOWARD, JJ., 
 concur.